## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER RECALLING MANDATE

Case No.:     01-09-00628-CR

Style:       *Lillian v. State*

On July 3, 2012, mandate in the above-referenced cause issued. The Court is of the opinion that there was a clerical error in the June 2, 2011 judgment of the Court in this cause, Specifically, the Court recited therein that it was an appeal from the 300th District Court of Brazoria County rather than the 23rd District Court of Brazoria County. This recitation was a clerical error as evidenced by the clerk's record. This clerical error in the Court's June 2, 2011 was reflected in the July 3, 2012 mandate.

The Court **orders** the Clerk of this Court to recall the mandate issued in this case on July 3, 2012. It is further **ordered** that the Clerk of this Court instruct the clerk of the court below immediately to return the recalled mandate to the Clerk of this Court. Execution on this Court's judgment may not commence until the Clerk of this Court issues a new mandate. *See* TEX. R. APP. P. 18.7.

Justice's signature: /s/ Chief Justice Sherry Radack
                     Acting individually

Date: August 27, 2012